# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

A.D.H., :
                  Petitioner :
                   :
         v. :
                   :
Pennsylvania State Police, :
         Respondent : No. 315 M.D. 2022

**PER CURIAM**                  **O R D E R**

       NOW, July 2, 2024, upon consideration of Petitioner's application for reconsideration, the application is DENIED.